478 A.2d 96

Commonwealth v. Miller, Appellant.

Submitted March 22, 1984. Lydia Kirkland, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before BECK, TAMILIA and HOFFMAN, JJ.

Judgment of sentence vacated as to the charge of possession of an instrument of crime; judgment of sentence affirmed in all other respects.